IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND REED | : | CIVIL ACTION |
| v. | : | |
| MICHAEL WENEROWICZ, et al. | : | NO. 05-4341 |

## ORDER

AND NOW, this 5th day of August, 2013, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Petitioner's petition for a writ of habeas corpus (Docs. 1, 3, 4 and 6) is **DENIED**; and
3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ **Legrome D. Davis**
LEGROME D. DAVIS,            J.